# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Armondo Bruno Heredia, Jr., ) | Case No. 1:19-cr-133 |
| ) | |
| Defendant. ) | |

On July 28, 2020, defendant's court-appointed counsel, attorney Jesse Walstad, filed an Ex-Parte Motion to Withdraw from Representation. For good cause show, the motion (Doc. No. 91) is **GRANTED** and attorney Jesse Walstad is authorized to withdraw.

**IT IS SO ORDERED.**

Dated this 7th day of August, 2020.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court